UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6216 PA (AFMx) | Date | November 30, 2022 |
|---|---|---|---|
| Title | SLT Imports, Inc. v. SAR Transport Systems Pvt Ltd | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

On November 8, 2022, the Court denied the Application for Entry of Default filed by plaintiff SLT Imports, Inc. ("Plaintiff") because Plaintiff had not appeared to serve defendant SAR Transport Systems Pvt Ltd ("SAR" or "Defendant") in a manner authorized by the Federal Rules of Civil Procedure. The Court's November 8, 2022 Order directed Plaintiff to either resubmit its Application for Entry of Default and support it with authority indicating that its service of the Summons and Complaint on SAR was in compliance with Federal Rule of Civil Procedure 4 and the Hague Convention or, alternatively, establish that it is diligently prosecuting this matter by serving SAR in accordance with Federal Rule of Civil Procedure 4 and the Hague Convention, or timely move for authorization from the Court to serve SAR through alternative means as allowed by Federal Rule of Civil Procedure 4(f)(3) that are not inconsistent with the Hague Convention. The Court's further warned Plaintiff that "[f]ailure to establish that it has done so by no later than November 29, 2022, will result in the issuance of an Order to Show Cause why this action should not be dismissed for lack of prosecution."

To date, Plaintiff has filed no response to the Court's November 29, 2022 Order. The Court therefore orders Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. Plaintiff's Response to the Order to Show Cause shall be filed by no later than December 12, 2022. Failure to timely or adequately respond to the Order to Show Cause may, without further warning, result in dismissal of this action.

IT IS SO ORDERED.